IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| The American Automobile Association, Inc., <br><br> Plaintiff, <br><br> v. <br><br> AAA Auto & Truck Service LLC, Linelvis Lara, and Marino Lara <br><br> Defendants. | 17 Civ. 8808 (KMK) <br><br> ECF CASE |

## NOTICE OF SETTLEMENT

Plaintiff The American Automobile Association, Inc. and AAA Auto & Truck Service LLC (collectively, the "Parties") have entered into a Settlement Agreement with respect to the above-captioned case. AAA Auto & Truck Service LLC will have until March 31, 2018 to comply with the Settlement Agreement. The parties intend to file a Joint Motion for Entry of Consent Order of Judgment once AAA Auto & Truck Service LLC has provided proof of compliance with the terms of the Settlement Agreement.

March 16, 2018

Neil K. Roman
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405
(212) 841-1000
nroman@cov.com
*Counsel for Plaintiff The American Automobile Association, Inc.*

Respectfully submitted

Linelvis Lara
125 Dolson Ave.
Middletown, New York 10940
Telephone: (845) 346-1475

*On behalf of*
*AAA Auto & Truck Service LLC*